# *United States District Court*
### *Northern District of New York*
## JUDGMENT IN A CIVIL CASE

DEBORAH M. OWENS,

      V.            CASE NUMBER: 5:06-CV-736 (NAM)

COMMISSIONER OF SOCIAL
SECURITY

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED;** that the Commissioners' decision denying disability benefits is REVERSED and this matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. section 405(g) for further proceedings consistent with this decision.

November 3, 2009                LAWRENCE K. BAERMAN

_____          _____

**DATE**                             **CLERK OF COURT**

                                                  s/

                                         _____

                                         **DONNA M. FRANCISCO**
                                         **DEPUTY CLERK**